**No. 09-10125. Ronald Foster, Petitioner v. E. Meraz, et al.**

560 U.S. 968, 130 S. Ct. 3417, 177 L. Ed. 2d 330, 2010 U.S. LEXIS 4886.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 332 Fed. Appx. 433.

**No. 09-10128. Michael Houston, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

560 U.S. 968, 130 S. Ct. 3417, 177 L. Ed. 2d 330, 2010 U.S. LEXIS 4933.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10132. Johnathan Toliver, Petitioner v. Texas.**

560 U.S. 968, 130 S. Ct. 3417, 177 L. Ed. 2d 330, 2010 U.S. LEXIS 4845.

June 14, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Sixth District, denied.

Same case below, 279 S.W.3d 391.

**No. 09-10134. Reginald Lawrence Harris, Petitioner v. Sergeant Gutierrez, et al.**

560 U.S. 968, 130 S. Ct. 3418, 177 L. Ed. 2d 330, 2010 U.S. LEXIS 4818.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 343 Fed. Appx. 374.

**No. 09-10136. Edward Hernandez, Petitioner v. J. Hartley, Warden.**

560 U.S. 968, 130 S. Ct. 3418, 177 L. Ed. 2d 330, 2010 U.S. LEXIS 4902,

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10138. Aramis Hernandez, Petitioner v. Florida.**

560 U.S. 968, 130 S. Ct. 3418, 177 L. Ed. 2d 330, 2010 U.S. LEXIS 4968.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 22 So. 3d 67.